

2008 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-19-2008

# USA v. Ozcelik

Precedential or Non-Precedential: Precedential

Docket No. 06-4245

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2008

Recommended Citation

"USA v. Ozcelik" (2008). *2008 Decisions.* Paper 935.
http://digitalcommons.law.villanova.edu/thirdcircuit_2008/935

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2008 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS  FOR THE THIRD CIRCUIT

———

No. 06-4245

———

UNITED STATES OF AMERICA

v.

HAKAN OZCELIK
a/k/a Hakan Askin

Hakan Ozcelik,
Appellant

———

On Appeal from the United States District Court
for the District of New Jersey
(D.C. No. 05-cr-00722-1)
District Judge: Honorable Faith S. Hochberg

———

Argued February 12, 2008

Before: SLOVITER, SMITH, and STAPLETON, Circuit Judges

ORDER AMENDING OPINION


    IT IS ORDERED that the slip opinion in the above case, filed May 27, 2008, be amended as follows:

    Page 12, line 17, "and indeed, made a joint request in favor of the very instruction at issue," should be deleted

Page 14, add the following new footnote, signaled at the end of line 3 after "outcome of the proceedings":

We decline to review Ozcelik's two additional jury instruction claims. Because Ozcelik made a joint request in favor of the very instructions he now challenges, he waived his right to raise these instructional issues on appeal under the invited error doctrine.  United States v. West Indies Transport, Inc., 127 F.3d 299, 311 (3d Cir. 1997).

By the Court,

  /s/ Dolores K. Sloviter
   Circuit Judge

Dated: June 19, 2008
CRG/cc: Adrienne U. Wisenberg, Esq.
        Solomon L. Wisenberg, Esq.
        Sabrina G. Comizzoli, Esq.
        George S. Leone, Esq.